UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN PATRICK HARDY,<br><br>               Plaintiff,<br><br>  v.<br><br>ARIF SHAIKH, et al.,<br><br>               Defendants. | CIVIL ACTION NO. 1:18-CV-01707<br><br>(MEHALCHICK, M.J.) |

**ORDER**

**AND NOW**, this 16th day of December, 2021, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Disqualify Judge Karoline Mehalchick is **DENIED**. (Doc. 125).

2. Plaintiff's Motion to Amend is **GRANTED**. (Doc. 115).

3. Plaintiff shall re-file the proposed amended complaint as a "Second Amended Complaint." (Doc. 116-2).

4. Plaintiff shall make service upon the new Defendants within twenty-one (21) days of this order or on or before Wednesday, January 5, 2022, in accordance with the Federal Rules of Civil Procedure.

5. The Defendants are requested to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

6. Defendants' Motion to Dismiss is **STRUCK** as moot. (Doc. 102).


                                          BY THE COURT:

                                          *s/ Karoline Mehalchick*
                                          **KAROLINE MEHALCHICK**
                                          **Chief United States Magistrate Judge**